# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE A. MORNIN,<br><br>               Plaintiff,<br><br>vs.<br><br>TABLE ROCK AUTOMOTIVE, INC.,<br><br>               Defendant. | 8:13CV216<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Joint Stipulation for Dismissal (Filing No. 28). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed with prejudice, each party to pay her or its own attorney's fees and costs. Accordingly,

IT IS ORDERED:

1. The Parties' Joint Stipulation for Dismissal (Filing No. 28) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. Each party will pay her or its own attorney's fees and costs.

Dated this 29th day of October, 2014

                                                                    BY THE COURT:

                                                                      s/Laurie Smith Camp<br>
                                                                      Chief United States District Judge